In the Matter of the Final Judicial Settlement of the Accounts of BENJAMIN

* Affd., 250 N. Y. 556.

STARR and Another, as Executors, etc., of MARY JANE SHELDON TAYLOR, Deceased. EDWARD W. LARKIN, Appellant; BENJAMIN STARR and Another, as Executors, etc., Respondents.— Decree unanimously affirmed, with costs against the appellant. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of FLORA ADDERLY, Respondent, against THE ST. REGIS PAPER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.